## United States District Court
### EASTERN DISTRICT OF CALIFORNIA



FILED

NOV 2 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|   |   |
|---|---|
| **United States of America** )  | |
| vs. ) | Case No. 1:04-5327 AWI |
| **Citlali Pulido** ) | |
|  ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Citlali Pulido_____, have discussed with _____Dan Stark_____, Pretrial Services Officer, modifications of my release conditions as follows:

<u>Vacate the following condition</u>: The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. **Curfew:** You are restricted to your residence every day from 9:00 p.m., to 5:00 a.m., or as approved by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.; education;

_____  11-1-05           _____  11-3-2005
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                         11-18-2005
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                         11-8-05
Signature of Defense Counsel                       Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on   11/23/05
[ ] The above modification of conditions of release is *not* ordered.

_____                         11/23/05
Signature of Judicial Officer                      Date
SM SNYDER

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services