Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for ADALBERTO CHAVEZ

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-F-04-CR-5327-AWI |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE MOTIONS SCHEDULE** |
| vs. ) | |
| ) | |
| ADALBERTO CHAVEZ, *et al.,* ) | |
| ) | |
| Defendants. ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, LAUREL MONTOYA, Assistant United States Attorney for Plaintiff and the various attorneys for the defendants herein:

　　　　　　To continue the due date for defense motions, currently scheduled for April 10, 2006, to a new date of May 22, 2006;

　　　　　　To continue the due date for the government's responses to motions currently

scheduled for May 8, 2006, to a new date of June 19, 2006;

To continue the due date for defendants' reply briefing from May 15, 2006 to June 26, 2006;

To continue the hearing date on motions currently set for May 23, 2006, to a new date of July 18, 2006.

To exclude time until July 18, 2006 pursuant to the Speedy Trial Act, 18 U.S.C. ß 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. ß3161(h)(1)(F) and (J).

IT IS SO STIPULATED.

Dated:  April 10, 2006           /s/ Patience Milrod
                                 PATIENCE MILROD
                                 Attorney for defendant
                                 ADALBERTO CHAVEZ

Dated: April 10, 2006            /s/ Laurel Montoya
                                 LAUREL MONTOYA
                                 Assistant U.S. Attorney

Dated:    April 10, 2006         /s/  George Trejo
                                 GEORGE TREJO
                                 Attorney for defendant
                                 ESTANISLAO PULIDO

Dated:    April 7, 2006          /s/  David Torres
                                 DAVID TORRES
                                 Attorney for defendant
                                 CITLALI PULIDO

Dated:    April 7, 2006          /s/  Nicholas Reyes
                                 NICHOLAS REYES

|     |                          |                                                                                              |
| --- | ------------------------ | -------------------------------------------------------------------------------------------- |
|     |                          | Attorney for defendant<br>ALEJANDRO GONZALES-DE HARO                                          |
|     | Dated:  April 10, 2006   | /s/  Daniel Bacon<br>DANIEL BACON<br>Attorney for defendant<br>EFRAIN VERA LOPEZ              |
|     | Dated:  April 7, 2006    | /s/  Gary Huss<br>GARY HUSS<br>Attorney for defendant<br>AMADO GARCIA MEJIA                  |
|     | Dated:  April 7, 2006    | /s/  Preciliano MartÌnez<br>PRECILIANO MARTINEZ<br>Attorney for defendant<br>JAVIER MANZO LUA |
|     | Dated:                   | /s/<br>J.M. IRIGOYEN<br>Attorney for defendant<br>JOSE MARIA VALENCIA                        |
|     | Dated:  April 10, 2006   | /s/  Arturo Hern·ndez<br>ARTURO HERN¡NDEZ<br>Attorney for defendant<br>JOSE JESUS PULIDO- CHAVEZ |
|     | Dated:  April 10, 2006   | /s/  Roger Litman<br>ROGER LITMAN<br>Attorney for defendant<br>JESUS VALENCIA PULIDO          |
|     | Dated:  April 10, 2006   | /s/  Salvatore Sciandra<br>SALVATORE SCIANDRA<br>Attorney for defendant<br>CESAR FABIAN VALENCIA-VARGAS |
|     | Dated:  April 7, 2006    | /s/  Daniel Harralson<br>DANIEL HARRALSON<br>Attorney for defendant<br>RODRIGO DEJESUS ZAVALA-TORRES |

3

Dated:     April 10, 2006          /s/  Mark Coleman
                                   MARK COLEMAN
                                   Attorney for defendant
                                   JOSE ELEAZAR GARCIA BRAVO

Dated:     April 7, 2006           /s/  Carolyn Phillips
                                   CAROLYN PHILLIPS
                                   Attorney for defendant
                                   MARIO MORENO-ZUNIGA

Dated:     April 7, 2006           /s/  Caroline McCreary
                                   CAROLINE McCREARY
                                   Attorney for defendant
                                   JOSE LUIS GUDINO RODRIGUEZ

Dated:     April 7, 2006           /s/  Robert Cassio
                                   ROBERT CASSIO
                                   Attorney for defendant
                                   JOSE MANUEL PENA ZAVALA

Dated:     April 7, 2006           /s/  Robert Forkner
                                   ROBERT FORKNER
                                   Attorney for defendant
                                   JORGE VALENCIA

//

//

//

//

//

//

//

//

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing presently set for May 23, 2006, at 9:00 a.m., be continued to July 18, 2006 at 9:00 a.m.  Defense motions shall be filed no later than May 22, the government's responses no later than June 19, 2006, and the defendants' reply briefing no later than June 26, 2006.  The May 23, 2006 hearing date and previously-set motions schedule is hereby vacated.

IT IS SO ORDERED.

**Dated:   April 10, 2006**              /s/ Anthony W. Ishii
0m8i78                             UNITED STATES DISTRICT JUDGE

5