```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  Federal Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )   1:04-cr-05327 AWI
                                   )
12           Plaintiff,            )   STIPULATION TO CONTINUE
                                   )   MOTIONS HEARING
13       v.                        )
                                   )
14  ESTANISLOA PULIDO, et al.,     )
                                   )
15                                 )
             Defendants.           )
16  _____ )
```

17   The parties herein, through their respective counsel, hereby agree and stipulate that the

18  hearing currently set for July 18, 2006 at 9 a.m. be continued to August 14, 2006 at 9 a.m. and;

19  responses due July 24, 2006 with a reply due August 7, 2006.

20   Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask

21  that exclusion of time be granted

22  DATED: June 16, 2006                       McGREGOR W. SCOTT
                                               United States Attorney
23
                                               By /s/ Laurel J. Montoya
24
                                               LAUREL J. MONTOYA
25                                             Assistant U.S. Attorney

| | | |
|---|---|---|
| 1 | DATED: June 15, 2006 | /s/ George P. Trejo, Jr.<br>GEORGE P. TREJO, JR.<br>Attorney for Estanisloa Pulido |
| 4 | DATED: June 15, 2006 | /s/ David A. Torres<br>DAVID A. TORRES<br>Attorney for Citlali Pulido |
| 7 | DATED: June 15, 2006 | /s/ Nicholas F. Reyes<br>NICHOLAS F. REYES<br>Attorney for Alejandro Gonzales-DeHaro |
| 10 | DATED: June 15, 2006 | /s/ Daniel A. Bacon<br>DANIEL A. BACON<br>Attorney for Efrain Vera Lopez |
| 13 | DATED: June 15, 2006 | /s/ Gary L. Huss<br>GARY L. HUSS<br>Attorney for Amado Garcia Mejia |
| 16 | DATED: June 15, 2006 | /s/ Preciliano Martinez<br>PRECILIANO MARTINEZ<br>Attorney for Javier Manzo Lua |
| 19 | DATED: June 15, 2006 | /s/ J.M. Irigoyen<br>J.M. IRIGOYEN<br>Attorney for Jose Maria Valencia Valencia |
| 22 | DATED: June 15, 2006 | /s/ Patience Milrod<br>PATIENCE MILROD<br>Attorney for Adalberto Gallardo Chavez |
| 25 | DATED: June 15, 2006 | /s/ Arturo Hernandez<br>ARTURO HERNANDEZ<br>Attorney for Jose Jesus Pulido-Chavez |

| | | |
|---|---|---|
| 1 | DATED: June 15, 2006 | /s/ Roger K. Litman |
| 2 | | ROGER K. LITMAN<br>Attorney for Jesus Valencia Pulido |
| 4 | DATED: June 15, 2006 | /s/ Salvatore Sciandra |
| 5 | | SALVATORE SCIANDRA<br>Attorney for Cesar Fabian Valencia-Vargas |
| 7 | DATED: June 15, 2006 | /s/ Daniel L. Harralson |
| 8 | | DANIEL L. HARRALSON<br>Attorney for Rodrigo DeJesus Zavala-Torres |
| 10 | DATED: June 15, 2006 | /s/ Mark Coleman |
| 11 | | MARK COLEMAN<br>Attorney for Jose Eleazar Garcia Bravo |
| 13 | DATED: June 15, 2006 | /s/ Carolyn D. Phillips |
| 14 | | CAROLYN D. PHILLIPS<br>Attorney for Mario Moreno-Zuniga |
| 16 | DATED: June 15, 2006 | /s/ Caroline McCreary |
| 17 | | CAROLINE McCREARY<br>Attorney for Jose Luis Gudino Rodriguez |
| 19 | DATED: June 15, 2006 | /s/ Robert A. Cassio |
| 20 | | ROBERT A. CASSIO<br>Attorney for Jose Manuel Pena Zavala |
| 22 | DATED: June 15, 2006 | /s/ Robert L. Forkner |
| 23 | | ROBERT L. FORKNER<br>Attorney for Jorge Valencia |

## ORDER

IT IS HEREBY ORDERED THAT the motions hearing currently set for July 18, 2006 at 9 a.m. be continued to August 14, 2006 at 9 a.m. and; responses due July 24, 2006 with a reply due August 7, 2006.

IT IS SO ORDERED.

**Dated:     June 19, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE