**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CITLALI PULIDO



FILED
JUL 0 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>CITLALI PULIDO,<br><br>DEFENDANT. | Case No.: 04-CR-05327-02 AWI<br><br>**DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY** |

Citlali Pulido, by and through her attorney of record, David A. Torres, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On February 16, 2005, Honorable Anthony W. Ishi, U.S. District Judge, ordered Citlali Pulido released from custody on a $137,500 property bond. Real property owned by Estanislao and Citlali Pulido was to be posted as collateral for the property bond. On February 11th, 2005, a certified copy of the deed of trust (Fresno County Document #2005-0033898), and promissory notes in the amount of $137,500 was received by the court.

On May 14, 2007, this court sentenced Ms. Pulido to Count 1(Superseding Information): 18USC 4, Misprison of Felony. All other relevant counts as to Ms. Pulido were dismissed by the government.

EXONERATION OF PROPERTY/BOND   1

1 | Since Ms. Pulido has been sentenced, it is respectfully requested that the property bond in
2 | this matter be immediately exonerated and that the property posted as collateral; for the bond be
3 | reconveyed to Estanislao and Citlali Pulido.
4 | Dated: 06/29/2007

/s/ David A. Torres
DAVID A. TORRES
Attorney for Citlali Pulido

## ORDER

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Estanislao and Citlali Pulido.

DATED: 7-2-07

ANTHONY W. ISHII
United States District Judge

EXONERATION OF PROPERTY/BOND  2