PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:04CR05327-02 AWI** |
| | ) | |
| **CITALI PULIDO** | ) | |
| | ) | |

On May 14, 2007, the above-named was placed on probation for a period of 2 years.  She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters**
**Senior United States Probation Officer**

Dated:        June 25, 2008
                   Fresno, California

**REVIEWED BY:      /s/ Bruce A. Vasquez**
                            **Bruce A. Vasquez**
                            **Supervising United States Probation Officer**

**Re:  PULIDO, Citlali**
**Docket Number:   1:04CR05327-02 AWI**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    July 11, 2008**              **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE